# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

WACHOVIA BANK. N.A. and
WACHOVIA MORTGAGE CORP.

                Plaintiffs,

vs.

JOHN P. BURKE in his official capacity
As Banking Commissioner of the State
of Connecticut

                Defendants.

FILED
Oct 24  2 49 PM '03
U.S. DISTRICT
NEW HAVEN, CONN.

**APPEARANCE**

CASE NUMBER: 3:03 CV 0738 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Movants Amici Curiae 43 State Officials

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 23, 2003 | *[signature]* |
| Date | Signature |
| | Brian C. Fournier |
| CT16272 | HURWITZ & SAGARIN, LLC |
| Connecticut Federal Bar Number | Print Name |
| (203) 877-8000   (203) 878-9800 | 147 North Broad Street |
| Telephone   Facsimile | Address |
| | Milford     CT     06460 |
| | City     State     Zip Code |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached List

*[signature]*
Brian C. Fournier

Douglas B. Jordan
Senior Counsel
Office of the Comptroller of the Currency
250 E. Street, S.W.
Washington, DC 20219

Mark F. Kohler
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Daniel L. FitzMaurice
Jason S. Weathers
Day Berry & Howard LLP
City Place I
Hartford, CT 06103

Eric P. Smith
Lynch Traub Keefe & Errante, P. C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

John A. Cannavino
Robert J. Sickinger
Cummings & Lockwood
107 Elm Street
Stamford, CT 06904

Jeremiah S. Buckley, Esq.
Goodwin Procter, LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20006