UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Wachovia Bank, et al | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv738 (MRK) |
| | : | |
| v. | : | |
| | : | |
| John P. Burke, in his official capacity as Banking Commissioner of the State of Connecticut, | : | |
| | : | |
| Defendant. | : | |

**ORDER ON MOTIONS TO APPEAR AS AMICUS CURIAE**

1. The Unopposed Motion by Office of the Comptroller of the Currency for Leave to Appear Amicus Curiae in Support of the Plaintiffs [doc. #17] is GRANTED.

2. The Unopposed Motion by 43 State Officials for Leave to Appear as Amici Curiae in Support of Defendant [doc. #25] is DENIED as moot.

3. The Revised Unopposed Motion by 43 State Officials for Leave to Appear as Amici Curiae in Support of Defendant [doc. #26] is GRANTED.

4. The Motion of the New York Clearing House Association L.L.C. for Leave to Appear as Amicus Curiae in Support of Plaintiffs' Motion for Summary Judgment and in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment [doc. #32] is GRANTED.

5. The Motion of the American Bankers Association, the Consumer Bankers Association, the Consumer Mortgage Coalition, and the Electronic Financial Services

Council for Leave to File a Brief as Amici Curiae in Support of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [doc. #35] is GRANTED.

The clerk is directed to docket the amicus curiae briefs submitted by the parties.

IT IS SO ORDERED.

/s/     Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003