UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 17  1 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| WACHOVIA BANK, N.A., and<br>WACHOVIA MORTGAGE CORPORATION<br>   *Plaintiffs,*<br><br>v.<br><br>JOHN P. BURKE, in his Official Capacity<br>as Banking Commissioner of the State of<br>Connecticut,<br>   *Defendant.* | :<br>:<br>:<br>:<br>:   Civil No. 3:03CV0738(MRK)<br>:<br>:<br>:<br>:<br>:   December 16, 2003 |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, John P. Burke, in his official capacity as Banking Commissioner of the State of Connecticut, in the above-captioned matter. This appearance is in addition to those appearances already on file.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

                        Richard Blumnethal (#ct 05924)
                        Attorney General
                        55 Elm Street, P.O. Box 120
                        Hartford, CT 06106
                        (860)808-5020
                        (860)808-5389(fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed on this 16th day of December, 2003, by first class mail to all counsel and pro se parties as follows:

Daniel L. FitzMaurice
Jason S. Weathers
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Douglas B. Jordan
Office of the Comptroller of the Currency
250 East Street, SW
Washington, D.C. 20219

Margaret E. Haering
Hurwitz & Sagarin
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112

Arthur E. Wilmarth, Jr.
George Washington University Law School
720 Twentieth Street, NW
Washington, D.C. 20052

Eric P. Smith
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull St.
New Haven, CT 06510

Jeremiah S. Buckley
Joseph M. Kolar
Goodwin & Proctor, LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C. 20006

John W. Cannavino
Robert J. Sickinger
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

H. Rodgin Cohen
Michael M. Wiseman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498


                                                  _/s/ Mark F. Kohler_
                                                  Mark F. Kohler
                                                  Assistant Attorney General