```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

WACHOVIA BANK, N.A. and WACHOVIA    :    Civil Action No.
MORTGAGE CORPORATION,               :    3:03 CV 0738 (MRK)
                                    :
         Plaintiffs,                :
                                    :
V.                                  :
                                    :
JOHN P. BURKE, in his official      :
Capacity as Banking Commissioner    :
of the State of Connecticut,        :
                                    :
         Defendant.                 :    December __, 2003

<u>MOTION FOR ADMISSION OF VISITING ATTORNEY
ARTHUR E. WILMARTH, JR.</u>

Margaret E. Haering, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Arthur E. Wilmarth, Jr., a member in good standing of the bar of the United States District Court for the District of Columbia to represent the Amici Curiae, States and State Banking Officials, in the above-captioned matter.

1.  Visiting lawyer Wilmarth, is a professor of law at George Washington University Law School with an office at 720 20th Street, N.W., Washington, DC  20052.

2.  He is admitted to the bar of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Corut.

3.  Mr. Wilmarth has not been denied admission or

disciplined in accordance with Rule 3 of the Local Rules, or has been denied admission or disciplined by any other Court.

4. A check for $25.00 accompanies this motion.

5. Service of all papers shall be made upon Margaret E. Haering, Hurwitz & Sagarin, LLC, 147 North Broad Street, P.O. Box 112, Milford, CT  06460.

          AMICI CURIAE
          STATES AND STATE BANKING OFFICERS

          By_____
          Margaret E. Haering ct10818
          Brian C. Fournier ct16272
          **HURWITZ & SAGARIN, LLC**
          147 N. Broad Street
          P.O. Box 112
          Milford,Connecticut  06460
          (203) 877-8000

## Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail on December __, 2003 to:

Douglas B. Jordan  
Senior Counsel  
Office of the Comptroller of the Currency  
250 E. Street, S.W.  
Washington, DC  20219

Mark F. Kohler  
Assistant Attorney General  
State of Connecticut  
55 Elm Street  
P.O. Box 120  
Hartford, CT  06106

Daniel L. FitzMaurice  
Jason S. Weathers  
Day Berry & Howard LLP  
City Place I  
Hartford, CT  06103

Eric P. Smith  
Lynch Traub Keefe & Errante, P. C.  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT  06506

John A. Cannavino  
Robert J. Sickinger  
Cummings & Lockwood  
107 Elm Street  
Stamford, CT  06904

Jeremiah S. Buckley, Esq.  
Goodwin Procter, LLP  
1717 Pennsylvania Avenue, NW  
Suite 500  
Washington, DC  20006

_____  
Margaret E. Haering

Arthur E. Wilmarth, Jr.
Professor of Law
George Washington University
 Law School
720 10th Street N.W.
Washington, DC  20052


_____
   Margaret E. Haering