```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| WACHOVIA BANK, N.A. and WACHOVIA MORTGAGE CORPORATION, | : : : | Civil Action No. 3:03 CV 0738 (MRK) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN P. BURKE, in his official Capacity as Banking Commissioner of the State of Connecticut, | : : : : | |
| Defendant. | : | December __, 2003 |

### AFFIDAVIT OF ARTHUR E. WILMARTH, JR. IN SUPPORT OF MOTION PRO HAC VICE

I, Arthur E. Wilmarth, Jr., under penalty of perjury, state as follows:

1. I am a professor of law at George Washington University Law School, 720 20th Street, N.W., Washington, DC 20052.

2. I am a member in good standing of the bars of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court.

3. I have not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of the United States District Court for the District of Connecticut, or have been denied admission or disciplined by any other Court.

4. I make this affidavit in support of the motion for my admission pro hac vice to permit me to represent the Amici

Curiae, States and State Banking Officials, as visiting counsel in connection with the above captioned action.

_____
Arthur E. Wilmarth, Jr.


Subscribed and sworn to before me,
this      day of December, 2003.


_____
Notary Public