

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WACHOVIA BANK, N.A. and WACHOVIA MORTGAGE CORPORATION, | : | Civil Action No. 3:03 CV 0738 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| JOHN P. BURKE, in his official Capacity as Banking Commissioner of the State of Connecticut, | : | |
| Defendant. | : | December 22, 2003 |



MOTION FOR ADMISSION OF VISITING ATTORNEY
ARTHUR E. WILMARTH, JR.

Margaret E. Haering, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Arthur E. Wilmarth, Jr., a member in good standing of the bar of the United States District Court for the District of Columbia to represent the Amici Curiae, States and State Banking Officials, in the above-captioned matter.

1. Visiting lawyer Wilmarth, is a professor of law at George Washington University Law School with an office at 720 20th Street, N.W., Washington, DC 20052.

2. He is admitted to the bar of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Corut.

3. Mr. Wilmarth has not been denied admission or

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk