UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Wachovia Bank NA, et al

v.   Case Number: 3:03cv738 MRK

Burke

FILED
Dec 31  2 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

### ORDER OF TRANSFER

In the interest of justice, this matter is transferred to the Hon. **Janet C. Hall**, U.S.D.J., (U.S.D.C.), for all purposes, including trial, who sits in **Bridgeport**. Counsel should file all future filings with the Office Of The Clerk **Bridgeport**. The initials **JCH** should appear after the case number.

IT IS SO ORDERED/

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: December 30, 2003