## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WACHOVIA BANK, N.A. and WACHOVIA MORTGAGE CORPORATION, | : : : | Civil Action No. 3:03 CV 0738 (JCH) |
| Plaintiffs, | : : | |
| V. | : : | |
| JOHN P. BURKE, in his official capacity as Banking Commissioner of the State of Connecticut, | : : : : | |
| Defendant. | : | January 5, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC. Brian C. Fournier continues to represent the Amici Curiae, States and State Banking Officials and no hardship will be caused by this withdrawal.

STATES AND STATE BANKING OFFICERS

By _____
Brian C. Fournier ct16272
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street
P.O. Box 112
Milford, Connecticut  06460
(203) 877-8000

Certificate of Service

        This is to certify that a copy of the foregoing was hand delivered and mailed, first class mail on January 5, 2004 to:

Douglas B. Jordan
Senior Counsel
Office of the Comptroller of the Currency
250 E. Street, S.W.
Washington, DC  20219

Richard Blumenthal
Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06106

Mark F. Kohler
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT  06106

Daniel L. FitzMaurice
Jason S. Weathers
Day Berry & Howard LLP
City Place I
Hartford, CT  06103

Eric P. Smith
Lynch Traub Keefe & Errante, P. C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506

John A. Cannavino
Robert J. Sickinger
Cummings & Lockwood
107 Elm Street
Stamford, CT  06904

Jeremiah S. Buckley, Esq.
Goodwin Procter, LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC  20006

Arthur E. Wilmarth, Jr.
Professor of Law
George Washington Unversity
 Law School
720 10th Street N.W.
Washington, DC  20052

Margaret E. Haering, Esq.
61 Center Street
Westport, CT  06880

_____

Brian C. Fournier