UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WACHOVIA BANK, N.A. and WACHOVIA MORTGAGE CORPORATION, | : Civil Action No. <br> : 3:03 CV 0738 (JCH) |
| Plaintiffs, | : |
| v. | : |
| JOHN P. BURKE, in his official capacity as Banking Commissioner of the State of Connecticut, | : |
| Defendant. | : January 9, 2004 |

2004 JAN 23 A 9:27
US DISTRICT COURT
BRIDGEPORT CT

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Movants Amici Curiae States and State Banking Officials. I am appearing as counsel in this case pursuant to a motion for admission pro hac vice, which has been granted by the Clerk of this Court.

| | |
|---|---|
| January 9, 2004 | *Arthur E. Wilmarth* |
| Date | Signature |
| | |
| ct25475 | Arthur E. Wilmarth, Jr. |
| Connecticut Federal Bar Number | Print Name |
| | |
| (202) 994-6386   (202) 994-9446 | George Washington University Law School |
| Telephone       Facsimile | 720 - 20th Street, N.W. |
| | Washington, DC 20052 |
| awilmarth@law.gwu.edu | Mailing Address |
| E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    See attached list of counsel.

*Arthur E. Wilmarth*
Arthur E. Wilmarth, Jr.

Douglas B. Jordan
Senior Counsel
Office of the Comptroller of the Currency
250 E Street, S.W.
Washington, DC 20219

Richard Blumenthal
Attorney General
State of Connecticut
55 Elm Street,
P.O. Box 120
Hartford, CT 06106

Mark F. Kohler
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Daniel L. FitzMaurice
Jason S. Weathers
Day Berry & Howard LLP
City Place 1
Hartford, CT 06103

Eric P. Smith
Lynch Traub Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

John A. Cannavino
Robert J. Sickinger
Cummings & Lockwood
107 Elm Street
Stamford, CT 06904