FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -6  A 11: 57

US DISTRICT COURT
BRIDGEPORT CT

WACHOVIA BANK, N.A. and WACHOVIA : Civil Action No.
MORTGAGE CORPORATION, : 3:03 CV 0738 (JCH)
:
Plaintiffs, :
:
v. :
:
JOHN P. BURKE, in his official capacity :
as Banking Commissioner of the :
State of Connecticut, :
:
Defendant. : January 5, 2004

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC. Brian C. Fournier continues to represent the Amici Curiae, States and State Banking Officials and no hardship will be caused by this withdrawal.

STATES AND STATE BANKING OFFICERS

By _____
Brian C. Fournier ct16272
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street
P.O. Box 112
Milford, Connecticut 06460
(203) 877-8000

MOTION GRANTED. SO ORDERED. Janet C. Hall, U.S.D.J. 2004 JAN 26