FILED

2004 JAN 30 A 9:53

U.S. DISTRICT...
BRIDG...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WACHOVIA BANK NA., and<br>WACHOVIA MORTGAGE CORPORATION | : | |
| | : | |
| *Plaintiffs*, | : | CIVIL ACTION NO.303CV0738(JCH) |
| | : | |
| V. | : | |
| | : | |
| JOHN P. BURKE,<br>In his official capacity as<br>Banking Commissioner of the<br>State of Connecticut | : | |
| | : | |
| *Defendant*. | : | JANUARY 29, 2004 |

**APPEARANCE**

TO THE CLERK of this court and all parties of record:

Please enter the appearance of **Jeremiah S. Buckley** as counsel to the *Amici Curiae,* The American Bankers Association, The Consumer Bankers Association, The Consumer Mortgage Coalition and The Electronic Financial Services Council.

AMICI CURIAE,

BY: /s/ Jeremiah S. Buckley
JEREMIAH S. BUCKLEY, ESQ.
Fed. Bar No. ct25205
Buckley Kolar LLP

1

```
                                    1250 24th St., N.W.
                                    Suite 700
                                    Washington, DC 20037
                                    Telephone:  (202) 349-8000
                                    Fax:   (202) 349-8080
```

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on January 27, 2004 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Daniel L. FitzMaurice
Jason S. Weathers
Day, Berry & Howard, LLP
City Place I, 185 Asylum Street
Hartford, CT 06103-3449

Richard Blumenthal
Mark F. Kohler
Lorrie Lewis Adeyemi
John G. Haines
Rupal Shah Palanki
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06101-0120

Douglas B. Jordan
Office of the Comptroller of the Currency
250 East Street, S.W.
Washington, D.C. 20219

Brian C. Fournier
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112


Robert J. Sickinger
John W. Cannavino
Cummings & Lockwood
Four Stamford Plaza

107 Elm Street, PO Box 120
Stamford, CT 06904-0120

Arthur E. Willmarth, Jr.
George Washington University Law School
720 20th Street, N.W.
Washington, DC 20052

*/s/ Jeremiah S. Buckley*
Jeremiah S. Buckley