FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -3 P 12: 57

US DISTRICT COURT
BRIDGEPORT CT

WACHOVIA BANK, N.A. and WACHOVIA : Civ. Action No.
MORTGAGE CORPORATION, : 3:03 CV 0738 (JCH)

       Plaintiffs,

V.

JOHN P. BURKE, in his official capacity
as Banking Commissioner of the
State of Connecticut,

       Defendant.     :   March 3, 2004

### *AMICI CURIAE*, 43 STATES AND STATE BANKING OFFICIALS' MOTION FOR ORAL ARGUMENT

*Amici,* representing 43 states, the District of Columbia, and the Commonwealth of Puerto Rico and State Banking Officials ("43 States"), submitted a brief in support of Defendant John P. Burke's, Banking Commissioner of the State of Connecticut (the "Commissioner"), Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment. The 43 States received notice that oral argument will be held on all Pending Motions on March 9, 2003 at 10:00. The 43 States hereby request oral argument on the motions for summary judgment scheduled for such hearing.

It is our understanding that the Office of the Comptroller of the Currency ("OCC"), which filed an amicus brief in support of the plaintiff, has been afforded oral argument for the upcoming hearing. Therefore, the 43 States and State Banking Officials want the opportunity to present the opposing argument. Given the importance of this issue, not only in Connecticut, but

nationwide, 43 States believe that it would be helpful to the court to hear argument from counsel in deciding the motions. Professor Arthur Wilmarth is traveling up from Washington, D.C. and intends on arguing on behalf of the amici.

Counsel for defendant Burke and New York Clearing House Association consent to the granting of this motion. The undersigned has not heard back from the other parties concerning their position.

WHEREFORE, the 43 States respectfully request oral argument at the hearing to be held in this case on March 9, 2004.

Respectfully submitted,

Bill Pryor
Attorney General
Alabama

Mike Hatch
Attorney General
Minnesota

Gregg D. Renkes
Attorney General
Alaska

Mike Moore
Attorney General
Mississippi

Terry Goddard
Attorney General
Arizona

Mike McGrath
Attorney General
Montana

Ken Salazar
Attorney General
Colorado

Brian Sandoval
Attorney General
Nevada

M. Jane Brady
Attorney General
Delaware

Peter W. Heed
Attorney General
New Hampshire

Charles J. Crist, Jr.
Attorney General
Florida

Peter C. Harvey
Attorney General
New Jersey

Mark W. Bennett
Attorney General
Hawaii

Lawrence G. Wasden
Attorney General
Idaho

Lisa Madigan
Attorney General
Illinois

Steve Carter
Attorney General
Indiana

Tom Miller
Attorney General
Iowa

Phill Kline
Attorney General
Kansas

Albert B. Chandler, III
Attorney General
By: Todd Leatherman
Ass't Attorney General
Kentucky

Richard P. Ieyoub
Attorney General
Louisiana

G. Steven Rowe
Attorney General
Maine

Patricia A. Madrid
Attorney General
New Mexico

Eliot Spitzer
Attorney General
New York

Wayne Stenehjem
Attorney General
North Dakota

Jim Petro
Attorney General
Ohio

W.A. Drew Edmondson
Attorney General
Oklahoma

Henry D. McMaster
Attorney General
South Carolina

Lawrence E. Long
Attorney General
South Dakota

William H. Sorrell
Attorney General
Vermont

Christine O. Gregoire
Attorney General
Washington

Darrell V. McGraw, Jr.
Attorney General
West Virginia

| | |
|---|---|
| J. Joseph Curran, Jr.<br>Attorney General<br>Maryland | Peggy A. Lautenschlager<br>Attorney General<br>Wisconsin |
| Thomas F. Reilly<br>Attorney General<br>Massachusetts | Patrick J. Crank<br>Attorney General<br>Wyoming |

and

/s/ Brian Fournier

Brian C. Fournier  CT16272
HURWITZ & SAGARIN, LLC
147 North Broad Street
Milford, CT  06460
Telephone: (203) 877-8000
Facsimile:  (203) 878-9800

-and-

Arthur E. Wilmarth, Jr. CT 25475
Professor of Law
George Washington University
Law School
720 - 20th Street, N.W.
Washington, DC 20052
Telephone: (202) 994-6386
Fax: (202) 994-9446

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed, first class mail on March 3, 2004 to:

Douglas B. Jordan  
Senior Counsel  
Office of the Comptroller of the Currency  
250 E. Street, S.W.  
Washington, DC 20219

Richard Blumenthal  
Attorney General  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06106

Mark F. Kohler  
Assistant Attorney General  
State of Connecticut  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06106

Daniel L. FitzMaurice  
Jason S. Weathers  
Day Berry & Howard LLP  
City Place I  
Hartford, CT 06103

Eric P. Smith  
Lynch Traub Keefe & Errante, P. C.  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT 06506

John A. Cannavino  
Robert J. Sickinger  
Cummings & Lockwood  
107 Elm Street  
Stamford, CT 06904

Jeremiah S. Buckley, Esq.
Goodwin Procter, LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC  20006

_____
Brian C. Fournier