03CV738MINENT

HONORABLE  HALL (cvmhrg (January 16, 2002)

DEPUTY CLERK **BOROSKE7**  RPTR/ERO/TAPE **FIDANZA**

TOTAL TIME: **3** hours **15** minutes

DATE **3-9-04**    START TIME **10:05**    END TIME **1:20**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

WACHOVIA BANK

vs.

JOHN BURKE, ET AL

CIVIL NO. **3:03CV738JZ+**

§
§ _____ / SEE ATTACHED
§        Plaintiffs Counsel
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§ _____
§        Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ ... #11 Motion **FOR S.J (WACHOVIA)**  ☐ granted ☐ denied ☑ advisement
☑ ... #21 Motion **FOR SJ (BURKE)**  ☐ granted ☐ denied ☑ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____ Hearing continued until _____ at _____