#53

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 MAR -3  P 12: 57

US DISTRICT COURT
BRIDGEPORT CT

WACHOVIA BANK, N.A. and WACHOVIA       :    Civ. Action No.
MORTGAGE CORPORATION,                  :    3:03 CV 0738 (JCH)
                                       :
            Plaintiffs,                :
                                       :
V.                                     :
                                       :
JOHN P. BURKE, in his official capacity :
as Banking Commissioner of the         :
State of Connecticut,                   :
                                       :
            Defendant.                  :    March 3, 2004

### AMICI CURIAE, 43 STATES AND STATE BANKING OFFICIALS' MOTION FOR ORAL ARGUMENT

*Amici,* representing 43 states, the District of Columbia, and the Commonwealth of Puerto Rico and State Banking Officials ("43 States"), submitted a brief in support of Defendant John P. Burke's, Banking Commissioner of the State of Connecticut (the "Commissioner"), Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment. The 43 States received notice that oral argument will be held on all Pending Motions on March 9, 2003 at 10:00. The 43 States hereby request oral argument on the motions for summary judgment scheduled for such hearing.

It is our understanding that the Office of the Comptroller of the Currency ("OCC"), which filed an amicus brief in support of the plaintiff, has been afforded oral argument for the upcoming hearing. Therefore, the 43 States and State Banking Officials want the opportunity to present the opposing argument. Given the importance of this issue, not only in Connecticut, but