UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WACHOVIA BANK, N.A. and
WACHOVIA MORTGAGE CORPORATION

     v.                                                         3:03cv738 JCH

JOHN P. BURKE, in his official capacity
as Banking Commissioner of the
State of Connecticut

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of cross-motions for summary judgment.

The Court heard oral argument and reviewed all of the papers filed in conjunction with the motions. On June 1, 2004, an Amended Ruling on Cross-Motions for Summary Judgment was filed, granting the plaintiffs' motion for summary judgment on the preemption claim, granting plaintiff Wachovia Bank NA's §1983 claim and denying the defendant's motion for summary judgment, except as granted on plaintiff Wachovia Mortgage Corporation's § 1983 claim.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiffs and for the defendant on plaintiff Wachovia Mortgage Corporation's § 1983 claim and the case is closed.

Dated at Bridgeport, Connecticut, this 21st day of June, 2004.

                                                  KEVIN F. ROWE, Clerk

                                                  By     /s/Chrystine W. Cody
                                                            Deputy-in-Charge

Entered on Docket _____