# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WACHOVIA BANK, N.A., and** | : | |
| **WACHOVIA MORTGAGE CORPORATION** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 3:03CV0738(JCH)** |
| | : | |
| | : | |
| **JOHN P. BURKE, in his Official Capacity** | : | |
| **as Banking Commissioner of the State of** | : | |
| **Connecticut,** | : | |
| *Defendant.* | : | **JUNE 30, 2004** |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, John P. Burke, in his official capacity as Banking Commissioner of the State of Connecticut, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 22nd day of June, 2004.

DEFENDANT,
JOHN P. BURKE, in his official
capacity as Banking Commissioner
of the State of Connecticut

RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____
Mark F. Kohler (#ct02272)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06106
(860) 808-5270
(860) 808-5385 *fax*
mark.kohler@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this ___ day of June, 2004, by first class mail to all counsel and pro se parties as follows:

Daniel L. FitzMaurice
Jason S. Weathers
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Douglas B. Jordan
Office of the Comptroller of the
Currency
250 East Street, SW
Washington, D.C. 20219

Margaret E. Haering
Hurwitz & Sagarin
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112

Arthur E. Wilmarth, Jr.
George Washington University Law
School
720 Twentieth Street, NW
Washington, D.C. 20052

Eric P. Smith
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull St.
New Haven, CT 06510

Jeremiah S. Buckley
Joseph M. Kolar
Goodwin & Proctor, LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C. 20006

John W. Cannavino
Robert J. Sickinger
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

H. Rodgin Cohen
Michael M. Wiseman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

_____
Mark F. Kohler
Assistant Attorney General

4