## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** July 2, 2004           **TO:** Intake Clerk

                                 **FROM:** Tasha Simpson    203-579-5657

**CASE TITLE:**     Wachovia Bank NA, et al. Vs Burke

**DOCKET NO.:**     3:03 cv 738 (JCH)

**NOTICE OF APPEAL:**    filed: July 1, 2004

**APPEAL FROM:**    final judgment: yes

                    interlocutory: __

                    other: __

*FILED 2004 JUL 15 A 11:55 U.S. DISTRICT COURT BRIDGEPORT, CONN*

**DOCKET SHEET:**   Attorney, updated address & phone number for each party  Y

                    All parties are listed on Docket Sheet
                    (Including Third Parties)  Y

                    All docket entries and dates are included  Y

**FEE STATUS:**     Paid ✓     Due ____     N/A ____

                    IFP revoked ____     Application Attached ____

                    IFP pending before district judge ____

**COUNSEL:**        CJA ____     Retained ✓     Pro Se ____

**TIME STATUS:**    Timely ✓     Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____     Denied ____

**COA:**            Granted ____     Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____S.P._____  DATE: 7-9-04

DEPUTY CLERK, USCA

USCA No. _____.