UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., and<br>WACHOVIA MORTGAGE CORPORATION<br>    *Plaintiffs,* | :<br>:<br>:<br>: | |
| v. | :<br>: | CIVIL NO. 3:03CV0738(JCH) |
| | :<br>: | USCA No. _____ |
| JOHN P. BURKE, in his Official Capacity<br>as Banking Commissioner of the State of<br>Connecticut,<br>    *Defendant.* | :<br>:<br>:<br>:<br>: | JULY 20, 2004 |

INDEX TO THE RECORD ON APPEAL

|  | Document No. |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint (Doc. #1) | 2 |
| Answer and Defenses of Defendant Burke (Doc. #10) | 3 |
| Plaintiffs' Motion for Summary Judgment (Doc. #11) | 4 |
| Plaintiffs' Mem. in Support of Motion for Summary Judgment (Doc. #12) | 5 |
| Plaintiffs' Statement of Material Facts (Doc. #13) | 6 |
| Affidavit of Daniel L. FitzMaurice (Doc. #14) | 7 |
| Defendant's Cross-Motion for Summary Judgment (Doc. #21) | 8 |
| Defendant's Statement of Material Facts (Doc. #22) | 9 |
| Defendant's Mem. in Support of Cross-Motion for Summary Judgment (Doc. #23) | 10 |
| Plaintiffs' Mem. in Opposition (Doc. # 30) | 11 |

| | |
|---|---|
| Defendant's Reply Mem. (Doc. #38) | 12 |
| Amicus Brief of State Banking Officials (Doc. # 41) | 13 |
| Amicus Brief of American Bankers Assn., et al. (Doc. #42) | 14 |
| Amicus Brief of Office of Comptroller of the Currency (Doc. #43) | 15 |
| Amicus Brief of New York Clearinghouse Assn. (Doc. #44) | 16 |
| Transcript of oral argument held on March 9, 2004 (Doc. #54) | 17 |
| Order granting motion for summary judgment dated May 25, 2004, Hall, J.(Doc. #58) | 18 |
| Amended order granting motion for summary judgment dated June 1, 2004, Hall, J. (Doc. #59) | 19 |
| Judgment dated June 21, 2004 (Doc. #60) | 20 |
| Notice of Appeal (Doc. #61) | 21 |
| Clerk's Certificate | |

**CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed on this ___ day of July, 2004, by first class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Daniel L. FitzMaurice<br>Jason S. Weathers<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499 | Jeremiah S. Buckley<br>Joseph M. Kolar<br>Goodwin & Proctor, LLP<br>1717 Pennsylvania Avenue, NW<br>Suite 500<br>Washington, D.C. 20006 |
| Douglas B. Jordan<br>Office of the Comptroller of the Currency<br>250 East Street, SW<br>Washington, D.C. 20219 | John W. Cannavino<br>Robert J. Sickinger<br>Cummings & Lockwood LLC<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, CT 06902 |
| Brian C. Fournier<br>Hurwitz, Sagarin & Slossberg<br>147 North Broad Street<br>P.O. Box 112<br>Milford, CT 06460-0112 | H. Rodgin Cohen<br>Michael M. Wiseman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 |
| Arthur E. Wilmarth, Jr.<br>George Washington University Law School<br>720 Twentieth Street, NW<br>Washington, D.C. 20052 | |
| Eric P. Smith<br>Lynch, Traub, Keefe & Errante, P.C.<br>52 Trumbull St.<br>New Haven, CT 06510 | |

_____
Mark F. Kohler
Assistant Attorney General