# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
2005 AUG 11 P 1: 13
U.S. DISTRICT COURT
NEW HAVEN, CT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th day of July, two thousand and five.

Before:  Hon. Joseph M. McLaughlin,
         Hon. Chester J. Straub,
         Hon. Peter W. Hall,
                    *Circuit Judges*



Docket No. 04-3770-cv

---

WACHOVIA BANK, N.A. AND WACHOVIA MORTGAGE CORPORATION,

*Plaintiffs-Appellees*,

- v. -

JOHN P. BURKE, IN HIS OFFICIAL CAPACITY AS BANKING COMMISSIONER OF THE STATE OF CONNECTICUT,

*Defendant-Appellant.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED IN PART, REVERSED IN PART, AND REMANDED in accordance with the opinion of this court. Each party shall bear its own costs.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

ISSUED AS MANDATE: AUG 0 5 2005