UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WACHOVIA BANK, N.A., and<br>WACHOVIA MORTGAGE<br>CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>JOHN P. BURKE, BANKING<br>COMMISSIONER,<br>    Defendant. | CIVIL ACTION NO.<br>3:03-cv-0738(JCH)<br><br><br><br><br>AUGUST 25, 2005 |

**ORDER**

In light of the decision of the Court of Appeals on July 11, 2005, it is hereby ordered that the Commissioner's Motion for Summary Judgment with respect to Wachovia Bank's Section 1983 claim is granted.

The Clerk is directed to amend the judgment to reflect this Order and close the case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of August, 2005.

                              /s/ Janet C. Hall
                              Janet C. Hall
                              United States District Court